Case No. 26-1274

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

FATHIREE UDDIN ALI

Plaintiff - Appellant

v.

SUSANNE KNIGHT, Food Service Supervisor, in her individual and official capacity

Defendant

KIRSTEN LOSINSKI

Defendant - Appellee

Upon consideration of the appellant's motion to appoint counsel,

It is **ORDERED** that the motion is **DISMISSED as MOOT**. Appellant's counsel has filed an appearance of counsel form.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: November 12, 2026

Kelly L. Stephens