**IN THE UNITED STATES**
**COURT OF APPEALS FOR THE**
**SIXTH CIRCUIT**

| | |
|---|---|
| Fathiree Uddin Ali<br>Plaintiff-Appellant,<br>v.<br>Susanne Knight; Kristen Losinski<br>Defendants-Appellees. | No. 26-1274 |

**MOTION FOR A 30-DAY EXTENSION OF TIME IN WHICH TO FILE THE OPENING BRIEF**

Appellant respectfully requests a 30-day extension in which to file his opening brief from the current deadline of December 1, 2026, up to and including December 31, 2026

1. Appellant initially proceeded before the district court and this Court pro se.

2. Undersigned counsel entered an appearance to represent Appellant on this appeal on a pro bono basis.

3. This case proceeded all the way through trial with Appellant operating pro se and has almost three hundred docket entries, which Undersigned

Counsel is reviewing for the first time.

4. Undersigned counsel works for a small and lightly resourced non-profit organization and has a crush of impending deadlines, including presenting oral argument to the Second Circuit in *Lu v. Hermans*, Case No. 25-3063, on December 2, 2026 and to the Seventh Circuit in *Fillmore v. Wise*, Case No. 25-2682, on December 15, 2026; filing an opening brief with the Fourth Circuit in *Watson v.* Hamilton, Case No. 26-6946, on December 10, 2026; an answering brief with the Ninth Circuit in *Beck v. Minev*, Case No. 26-2089, on December 28, 2026; and other matters.

5. This is undersigned counsel's first motion for an extension.

6. Undersigned counsel contacted Appellees, and they have no objection to this motion.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court extend the deadline to file his opening brief from the current date of December 1, 2026, up to and including December 31, 2026

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M St. NW, Front 1, #33821
Washington, DC 20033

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: November 24, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 210 words.

Date: November 24, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033